UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-691-1 |
| | § | |
| JUAN PABLO AMADOR | § | |

### ORDER GRANTING MOTION TO WITHDRAW PRETRIAL MOTIONS

On this 24th day of January, 2008, came before the Court Defendant's Motion to Withdraw Pretrial Motions. The Court, after having reviewed the Motion has concluded and finds that Defendant's Motion to Withdraw Pretrial Motions should be GRANTED,

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant's Motion to Withdraw Pretrial Motions is hereby GRANTED and that no further action by this court is necessary regarding any hearings on said motions.

SIGNED and ORDERED this 24th day of January, 2008.

_____
Janis Graham Jack
United States District Judge